

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Joseph Siedl,

\* From the 104th District Court
of Taylor County
Trial Court No. 20078B.

Vs. No. 11-16-00258-CR

\* August 31, 2018

The State of Texas,

\* Memorandum Opinion by Simmons, F.J.
(Panel consists of: Bailey, J.;
Simmons, F.J., sitting by assignment;
and Wright, S.C.J., sitting by
assignment)
(Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is no error in the judgments below. Therefore, in accordance with this court's opinion, the judgments of the trial court are in all things affirmed.